Timothy P. Maloney, Fitch Even Tabin & Flannery, LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Alison Aubry Richards and Nicole L. Little. Of counsel on the brief was Steven C. Schroer, of Boulder, CO.

Alan M. Fisch, Fisch Hoffman Sigler, LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Jason F. Hoffman, R. William Sigler and Thomas C. Chen. Of counsel was Bruce Sostek, Thompson & Knight, of Dallas, TX.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## In re RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

No. 2013–1138.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Frank V. Pietrantonio, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were Jonathan G. Graves, of Reston, Virginia, and Lori R. Mason and Lowell D. Mead of Palo Alto, California.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were Nathan K. Kelley, Deputy Solicitor, and Stacy B. Margolies, Associate Solicitor.

WALLACH, LINN, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## In re RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

No. 2013–1139.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Frank V. Pietrantonio, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were Jonathan G. Graves, of Reston, Virginia, and Lori R. Mason and Lowell D. Mead of Palo Alto, California.

Stacy B. Margolies, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were Nathan K. Kelley, Deputy Solicitor, and Thomas W. Krause, Associate Solicitor.

WALLACH, LINN, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Richard COX, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2013–3186.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Richard Cox, Clinton, TN, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice, Washington, DC, for Respondent.

## ORDER

Richard Cox informs the court that he withdraws his petition for review of an initial decision of the Merit Systems Protection Board and that he seeks to proceed with his petition for review in this court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Cox's informal brief is due no later than 21 days from the date of this order.

(2) Cox must promptly move to dismiss his petition before the Board if he has not already done so.

**In re RONALD A. KATZ TECHNOLOGY LICENSING, L.P.**

**No. 2013–1137.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

